No. 97–538. TERHUNE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS *v.* MCBATH. C. A. 9th Cir. Certiorari denied.

No. 97–555. SEARS *v.* MASSACHUSETTS BOARD OF REGISTRATION OF CHIROPRACTORS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 97–558. NAPOLEON *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 97–571. GLENOS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–579. RESORT PROPERTIES, INC. *v.* MISERANDINO ET UX. Ct. App. Md. Certiorari denied.

No. 97–589. DAHOD, AKA DAHODWALA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–593. BOWERS *v.* MISSOURI STATE EMPLOYEES' RETIREMENT SYSTEM BOARD OF TRUSTEES. C. A. 8th Cir. Certiorari denied.

No. 97–5038. SIMMONS *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 97–5176. BRADLEY *v.* OHIO. Ct. App. Ohio, Scioto County. Certiorari denied.

No. 97–5378. BUSH *v.* TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 97–5404. JONES *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 97–5446. RIDDLE *v.* BELLSOUTH BUSINESS SYSTEMS. C. A. 11th Cir. Certiorari denied.

No. 97–5475. MING YOU *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–5528. BRADFORD *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.